# United States District Court

EASTERN DISTRICT OF WISCONSIN

LISA BOSMAN, On Behalf of Herself
and All Others Similarly Situated,

       Plaintiff,

       v.

**JUDGMENT IN A CIVIL CASE**
Case No. 05-C-0912

HARLEY-DAVIDSON, INC.,
ADMINISTRATIVE COMMITTEE OF
HARLEY-DAVIDSON, INC., HAROLD A. SCOTT,
JAMES M. BROSTOWITZ, JAMES L. ZIEMER,
GAIL A LIONE, BARRY K. ALLEN,
RICHARD I. BEATTIE, JEFFREY L. BLEUSTEIN,
GEORGE H. CONRADES, JUDSON C. GREEN,
DONALD A. JAMES, SARA L. LEVINSION,
GEORGE L. MILES, JR., JAMES A. NORLING,

       Defendants.

       This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

       IT IS ORDERED AND ADJUDGED that this case is dismissed.

APPROVED:     s/ C. N. CLEVERT, JR.
                  C. N. CLEVERT, JR.
                  Chief U. S. District Judge

                                    JON W. SANFILIPPO
                                    Clerk

          10/8/09                     s/C. Fehrenbach
           Date                           (By) Deputy Clerk